**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | |
|---|---|
| In Re: ) | |
| Brian L. Mohring and ) | |
| Rayna L. Mohring, ) | Case No. 21-20803 CMB |
|     Debtors, ) | |
| Rayna L. Mohring, ) | Chapter 13 |
|     Movant, ) | |
|     Vs. ) | Docket No. |
| UPMC Physicians Operations & Prof, ) | |
|     Respondent. ) | |

**Certificate of Service of Wage Order**

    I, Gary W. Short, certify under penalty of perjury that on May 17, 2021, I served the most recently entered wage attachment order in this case for Rayna L. Mohring with social security number verification on the employer named below at the following address, by First Class U.S. Mail, postage prepaid.

UPMC Physicians Operations & Prof
Attn: Payroll Dept.
3600 Forbes Avenue
Pittsburgh, PA 15213

Rayna L. Mohring
5 Scenery Road
Pittsburgh, PA 15221

Service was not made upon Ronda J. Winnecour at her request because she receives copies of pleadings from the Clerk of Bankruptcy Court.

Executed on May 17, 2021

                              /s/ Gary W. Short
                              Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                              212 Windgap Road, Pittsburgh, PA 15237
                              Tele. (412) 765-0100 / Fax (412) 536-3977
                              E-mail garyshortlegal@gmail.com