**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 21−20803−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian L. Mohring | Rayna L. Mohring |
| 5 Scenery Road | 5 Scenery Road |
| Pittsburgh, PA 15221 | Pittsburgh, PA 15221 |

Social Security No.:
  xxx−xx−4585                                                                                                xxx−xx−8603

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Gary William Short | Ronda J. Winnecour |
| 212 Windgap Road | Suite 3250, USX Tower |
| Pittsburgh, PA 15237 | 600 Grant Street |
| Telephone number: 412−765−0100 | Pittsburgh, PA 15219 |
| | Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| June 28, 2021 | June 28, 2021 |
| 09:00 AM | 09:00 AM |
| remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com | remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 5/25/21                                                                           BY THE COURT

                                                                                     Carlota M. Bohm
                                                                                     Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                           Case No. 21-20803-CMB

Brian L. Mohring                         Chapter 13

Rayna L. Mohring

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: aala                                Page 1 of 3

Date Rcvd: May 25, 2021                  Form ID: rsc13                        Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian L. Mohring, Rayna L. Mohring, 5 Scenery Road, Pittsburgh, PA 15221-2533 |
| cr | + | Borough of Wilkinsburg, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15359983 | + | Aes/keystone, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15359984 | + | Allegheny County, c/o John K. Weinstein, Treas., Room 108 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 15359988 | + | Bridgecrest Auto Finance, 7211 McKnight Road, Pittsburgh, PA 15237-3509 |
| 15360928 | | Bridgecrest credit company, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15359995 | + | Equable Ascent Financial, LLC, 102 Browing Lane Bldg. B, Suite 1, Cherry Hill, NJ 08003-3195 |
| 15359997 | | JPMC Specialty Mortgage LLC, Chase Records Center, Attn. Correspondence Mail, Mail Code LA4-5555, Monroe, LA 71203 |
| 15359998 | + | Keystone Collections Group, 546 Wendel Avenue, Irwin, PA 15642-7539 |
| 15360001 | | Peoples Gas Company, POB 644760, Pittsburgh, PA 15264-4760 |
| 15365428 | + | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant Street, 14th Fl., Pittsburgh, PA 15219-6101 |
| 15360010 | + | Turtle Creek Council of Governments, 2700 Monroeville Blvd., Monroeville, PA 15146-2359 |
| 15360012 | | UPMC Heath Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15360011 | + | University of Pittsburgh Physicians, POB 1123, Minneapolis, MN 55440-1123 |
| 15360013 | + | Us Dept Ed, Po Box 1030, Coraopolis, PA 15108-6030 |
| 15360015 | + | Wells Fargo, Attention: Bankruptcy MAC# X2303-01A, Po Box 41169, Des Moines, IA 50328-0001 |
| 15360016 | + | Wilkinsburg Borough, c/o Maiello Brungo and Maiello, 100 Pruity Road, Ste 3, Pittsburgh, PA 15235-4441 |
| 15360017 | + | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Blvd., Pittsburgh, PA 15221-1193 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 26 2021 02:35:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | May 26 2021 02:36:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 02:34:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15359985 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 26 2021 02:35:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 15359986 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 26 2021 01:31:29 | American InfoSource LP, as agent for Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 15359989 | + | Email/Text: bankruptcy@cavps.com | May 26 2021 02:36:00 | Calvary SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15359990 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

Case 21-20803-CMB   Doc 42   Filed 05/27/21   Entered 05/28/21 00:42:41   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: aala | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2021 | Form ID: rsc13 | Total Noticed: 43 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 26 2021 01:27:39 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15359991 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2021 01:29:24 | Cardworks/CW Nexus, Pob 9201, Old Bethpage, NY 11804-9001 |
| 15360530 | + | Email/Text: bankruptcy@cavps.com | May 26 2021 02:36:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15359993 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 01:27:43 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 15359994 | + | Email/Text: kburkley@bernsteinlaw.com | May 26 2021 02:36:00 | Duquense Light Company, 411 Seventh Avenue, POB 1930, Pittsburgh, PA 15230-1930 |
| 15359996 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 26 2021 02:35:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 15359992 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 26 2021 01:31:20 | Chase Bank Usa, Na, Po Box 15298, Wilmington, DE 19850 |
| 15359999 | + | Email/Text: bankruptcydpt@mcmcg.com | May 26 2021 02:35:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 15371038 | + | Email/Text: bankruptcydpt@mcmcg.com | May 26 2021 02:35:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15360002 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 02:34:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15360003 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 02:34:00 | Pnc Bank, Na, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15360004 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2021 01:31:24 | Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541 |
| 15360000 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 26 2021 02:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, POB 280946, Harrisburg, PA 17128-0946 |
| 15360006 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 01:29:23 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 15360007 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 01:29:22 | Synchrony Bank/Banana Republic, Po Box 965064, Orlando, FL 32896-5064 |
| 15360008 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 01:31:16 | Synchrony Bank/HealthCare, Po Box 965064, Orlando, FL 32896-5064 |
| 15360014 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 01:27:43 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 15360018 | + | Email/Text: giglmi@whsd.net | May 26 2021 02:36:00 | Woodland Hills School District, 531 Jones Avenue, Braddock, PA 15104-2418 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15360009 | | Turtle Creek Borough, 125 Monroeville Avenue, MA 01514-5000 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15361638 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 15359987 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 15360005 | ##+ | Stellar Recovery Inc, Attn: Bankruptcy, 4500 Salisbury Road Ste 105, Jackonville, FL 32216-8035 |

TOTAL: 3 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

Case 21-20803-CMB    Doc 42    Filed 05/27/21    Entered 05/28/21 00:42:41    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: aala | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2021 | Form ID: rsc13 | Total Noticed: 43 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 27, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Gary William Short | on behalf of Debtor Brian L. Mohring garyshortlegal@gmail.com gwshort@verizon.net |
| Gary William Short | on behalf of Joint Debtor Rayna L. Mohring garyshortlegal@gmail.com gwshort@verizon.net |
| Jennifer L. Cerce | on behalf of Creditor Borough of Wilkinsburg jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 9