**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 21−20803−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Brian L. Mohring
5 Scenery Road
Pittsburgh, PA 15221

Rayna L. Mohring
5 Scenery Road
Pittsburgh, PA 15221

Social Security No.:
xxx−xx−4585

xxx−xx−8603

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Gary William Short
212 Windgap Road
Pittsburgh, PA 15237
Telephone number: 412−765−0100

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
July 26, 2021
09:00 AM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

CONFIRMATION HEARING DATE/TIME/LOC
July 26, 2021
09:00 AM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 6/29/21

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 21-20803-CMB

Brian L. Mohring                                                                        Chapter 13

Rayna L. Mohring

　　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala    Page 1 of 3
Date Rcvd: Jun 29, 2021    Form ID: rsc13    Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian L. Mohring, Rayna L. Mohring, 5 Scenery Road, Pittsburgh, PA 15221-2533 |
| cr | + | Borough of Wilkinsburg, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15359983 | + | Aes/keystone, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15359984 | + | Allegheny County, c/o John K. Weinstein, Treas., Room 108 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 15359987 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 15359988 | + | Bridgecrest Auto Finance, 7211 McKnight Road, Pittsburgh, PA 15237-3509 |
| 15360928 | | Bridgecrest credit company, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15359995 | + | Equable Ascent Financial, LLC, 102 Browing Lane Bldg. B, Suite 1, Cherry Hill, NJ 08003-3195 |
| 15359997 | | JPMC Specialty Mortgage LLC, Chase Records Center, Attn. Correspondence Mail, Mail Code LA4-5555, Monroe, LA 71203 |
| 15359998 | + | Keystone Collections Group, 546 Wendel Avenue, Irwin, PA 15642-7539 |
| 15360001 | | Peoples Gas Company, POB 644760, Pittsburgh, PA 15264-4760 |
| 15365428 | + | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant Street, 14th Fl., Pittsburgh, PA 15219-6101 |
| 15360010 | + | Turtle Creek Council of Governments, 2700 Monroeville Blvd., Monroeville, PA 15146-2359 |
| 15380098 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15360012 | | UPMC Heath Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15380099 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15360011 | + | University of Pittsburgh Physicians, POB 1123, Minneapolis, MN 55440-1123 |
| 15360013 | + | Us Dept Ed, Po Box 1030, Coraopolis, PA 15108-6030 |
| 15360015 | + | Wells Fargo, Attention: Bankruptcy MAC# X2303-01A, Po Box 41169, Des Moines, IA 50328-0001 |
| 15360016 | + | Wilkinsburg Borough, c/o Maiello Brungo and Maiello, 100 Pruity Road, Ste 3, Pittsburgh, PA 15235-4441 |
| 15360017 | + | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Blvd., Pittsburgh, PA 15221-1193 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2021 23:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2021 23:45:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15359985 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 29 2021 23:45:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 15359986 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 29 2021 23:46:09 | American InfoSource LP, as agent for Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 15359989 | + | Email/Text: bankruptcy@cavps.com | Jun 29 2021 23:45:00 | Calvary SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15359990 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 29 2021 23:46:06 | Capital One, Po Box 30285, Salt Lake City, UT |

Case 21-20803-CMB    Doc 53    Filed 07/01/21    Entered 07/02/21 00:33:55    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: aala | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: rsc13 | Total Noticed: 49 |

| Recipient ID | Notice Method | Date/Time | Address |
|---|---|---|---|
| | | | 84130-0285 |
| 15359991 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 30 2021 10:46:07 | Cardworks/CW Nexus, Pob 9201, Old Bethpage, NY 11804-9001 |
| 15360530 | + Email/Text: bankruptcy@cavps.com | Jun 29 2021 23:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15359993 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2021 23:46:16 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 15359994 | + Email/Text: kburkley@bernsteinlaw.com | Jun 29 2021 23:45:00 | Duquense Light Company, 411 Seventh Avenue, POB 1930, Pittsburgh, PA 15230-1930 |
| 15385386 | + Email/Text: kburkley@bernsteinlaw.com | Jun 29 2021 23:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15359996 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 29 2021 23:45:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 15359992 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 29 2021 23:46:06 | Chase Bank Usa, Na, Po Box 15298, Wilmington, DE 19850 |
| 15359999 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2021 23:45:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 15371038 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2021 23:45:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15385505 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2021 23:44:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15360002 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2021 23:45:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15360003 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2021 23:45:00 | Pnc Bank, Na, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15360004 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2021 23:46:16 | Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541 |
| 15381970 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2021 23:46:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15360000 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2021 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, POB 280946, Harrisburg, PA 17128-0946 |
| 15360006 | + Email/PDF: gecsedi@recoverycorp.com | Jun 29 2021 23:46:15 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 15360007 | + Email/PDF: gecsedi@recoverycorp.com | Jun 29 2021 23:46:15 | Synchrony Bank/Banana Republic, Po Box 965064, Orlando, FL 32896-5064 |
| 15360008 | + Email/PDF: gecsedi@recoverycorp.com | Jun 29 2021 23:46:15 | Synchrony Bank/HealthCare, Po Box 965064, Orlando, FL 32896-5064 |
| 15380772 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 29 2021 23:46:13 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15360014 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2021 23:46:08 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 15360018 | + Email/Text: giglmi@whsd.net | Jun 29 2021 23:45:00 | Woodland Hills School District, 531 Jones Avenue, Braddock, PA 15104-2418 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-2 | User: aala | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: rsc13 | Total Noticed: 49 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15360009 | | Turtle Creek Borough, 125 Monroeville Avenue, MA 01514-5000 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15361638 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 15360005 | ##+ | Stellar Recovery Inc, Attn: Bankruptcy, 4500 Salisbury Road Ste 105, Jackonville, FL 32216-8035 |

TOTAL: 3 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jul 01, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Gary William Short | on behalf of Debtor Brian L. Mohring garyshortlegal@gmail.com gwshort@verizon.net |
| Gary William Short | on behalf of Joint Debtor Rayna L. Mohring garyshortlegal@gmail.com gwshort@verizon.net |
| Jennifer L. Cerce | on behalf of Creditor Borough of Wilkinsburg jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 9