**Date: 07/27/2021 01:30 pm**

**In re:   Brian L. Mohring**
**Rayna L. Mohring**

**Bankruptcy No. 21-20803-CMB**
**Chapter: 13**
**Doc. # 56**

**Appearances: Jeff Hunt, James Warmbrodt, Gary W. Short**

**Nature of Proceeding: #56 Motion for Reconsideration of Order Directed Debtors to Pay People Natural Gas Through Plan**

**Additional Pleadings:  #60 Response by Peoples Natural Gas Company LLC**

**Judge's Notes:**
OUTCOME: Motion denied.
-Debtors shall stop payment on check that was sent to Peoples Natural Gas and issue a new check to the Chapter 13 Trustee on or before 8/11.
-Attorney Short to file amended plan on or before 8/15 to include all future payments to Peoples Natural Gas.

FILED
7/27/21 4:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**