**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Brian L. Mohring**
**Rayna L. Mohring**
Debtor(s)

Bankruptcy Case No.: 21−20803−CMB

Chapter: 13
Docket No.: 62 − 34, 56
Concil. Conf.: October 14, 2021 at 11:00 AM

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.)  PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 5/13/2021 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.  For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.  The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Oct. 14, 2021 at 11:00 AM, in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Bridgecrest Cl #2; IRS Cl #7; Wilkinsburg SD & Boro Cl #20; Wilkinsburg Boro Cl #21; Wilkinsburg SD & Boro Cl #22 at 0% int.; Wilkinsburg Boro Cl #23 at 0% int. .

☑ H.  Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including fees paid to prior counsel.

*(2.)*  *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: July 27, 2021

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 21-20803-CMB

Brian L. Mohring     Chapter 13

Rayna L. Mohring

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 3
Date Rcvd: Jul 27, 2021     Form ID: 149     Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian L. Mohring, Rayna L. Mohring, 5 Scenery Road, Pittsburgh, PA 15221-2533 |
| cr | + | Borough of Wilkinsburg, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| cr | + | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Woodland Hills School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 15359983 | + | Aes/keystone, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15359984 | + | Allegheny County, c/o John K. Weinstein, Treas., Room 108 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 15359987 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 15359988 | + | Bridgecrest Auto Finance, 7211 McKnight Road, Pittsburgh, PA 15237-3509 |
| 15360928 | | Bridgecrest credit company, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15390626 | + | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15359995 | + | Equable Ascent Financial, LLC, 102 Browing Lane Bldg. B, Suite 1, Cherry Hill, NJ 08003-3195 |
| 15359997 | | JPMC Specialty Mortgage LLC, Chase Records Center, Attn. Correspondence Mail, Mail Code LA4-5555, Monroe, LA 71203 |
| 15359998 | + | Keystone Collections Group, 546 Wendel Avenue, Irwin, PA 15642-7539 |
| 15360001 | | Peoples Gas Company, POB 644760, Pittsburgh, PA 15264-4760 |
| 15365428 | + | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant Street, 14th Fl., Pittsburgh, PA 15219-6101 |
| 15360010 | + | Turtle Creek Council of Governments, 2700 Monroeville Blvd., Monroeville, PA 15146-2359 |
| 15380098 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15360012 | | UPMC Heath Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15380099 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15360011 | + | University of Pittsburgh Physicians, POB 1123, Minneapolis, MN 55440-1123 |
| 15360013 | + | Us Dept Ed, Po Box 1030, Coraopolis, PA 15108-6030 |
| 15360015 | + | Wells Fargo, Attention: Bankruptcy MAC# X2303-01A, Po Box 41169, Des Moines, IA 50328-0001 |
| 15360016 | + | Wilkinsburg Borough, c/o Maiello Brungo and Maiello, 100 Pruity Road, Ste 3, Pittsburgh, PA 15235-4441 |
| 15394210 | + | Wilkinsburg Borough, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15394180 | + | Wilkinsburg Borough School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15360017 | + | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Blvd., Pittsburgh, PA 15221-1193 |
| 15390631 | + | Woodland Hills School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2021 23:15:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15359985 | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 27 2021 23:15:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 15359986 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 27 2021 23:24:23 | American InfoSource LP, as agent for Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |

Case 21-20803-CMB   Doc 67   Filed 07/29/21   Entered 07/30/21 00:32:08   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: dsaw | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: 149 | Total Noticed: 54 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15359989 | + | Email/Text: bankruptcy@cavps.com | Jul 27 2021 23:15:00 | Calvary SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15359990 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 23:13:22 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15359991 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2021 23:13:21 | Cardworks/CW Nexus, Pob 9201, Old Bethpage, NY 11804-9001 |
| 15360530 | + | Email/Text: bankruptcy@cavps.com | Jul 27 2021 23:15:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15359993 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 23:24:13 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 15359994 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 27 2021 23:15:00 | Duquense Light Company, 411 Seventh Avenue, POB 1930, Pittsburgh, PA 15230-1930 |
| 15385386 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 27 2021 23:15:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15359996 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2021 23:15:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 15359992 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 27 2021 23:13:54 | Chase Bank Usa, Na, Po Box 15298, Wilmington, DE 19850 |
| 15359999 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2021 23:15:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 15371038 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2021 23:15:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15385505 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2021 23:15:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15360002 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2021 23:15:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15360003 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2021 23:15:00 | Pnc Bank, Na, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15360004 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 23:13:57 | Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541 |
| 15381970 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 23:13:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15360000 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2021 23:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, POB 280946, Harrisburg, PA 17128-0946 |
| 15360006 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:13:40 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 15360007 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:13:40 | Synchrony Bank/Banana Republic, Po Box 965064, Orlando, FL 32896-5064 |
| 15360008 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:13:40 | Synchrony Bank/HealthCare, Po Box 965064, Orlando, FL 32896-5064 |
| 15380772 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 27 2021 23:24:05 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15360014 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 23:24:05 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 15360018 | + | Email/Text: giglmi@whsd.net | Jul 27 2021 23:15:00 | Woodland Hills School District, 531 Jones Avenue, Braddock, PA 15104-2418 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15360009 | | Turtle Creek Borough, 125 Monroeville Avenue, MA 01514-5000 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15361638 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 15360005 | ##+ | Stellar Recovery Inc, Attn: Bankruptcy, 4500 Salisbury Road Ste 105, Jackonville, FL 32216-8035 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Gary William Short | on behalf of Debtor Brian L. Mohring garyshortlegal@gmail.com gwshort@verizon.net |
| Gary William Short | on behalf of Joint Debtor Rayna L. Mohring garyshortlegal@gmail.com gwshort@verizon.net |
| Jeffrey R. Hunt | on behalf of Creditor Woodland Hills School District jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Borough of Wilkinsburg jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 11