UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| BRIAN L. MOHRING<br>RAYNA L. MOHRING | BK. No. 21-20803-CMB |
| | Chapter No. 13 |
| Debtor. | |
| | Related to Document: 69 |
| WILKINSBURG BOROUGH, | Conciliation Date and Time:<br>October 14, at 11:00 am. |
| Movant, | |
| v. | |
| BRIAN L. MOHRING, RAYNA L. MORNING AND RONDA J. WINNECOUR, ESQUIRE (TRUSTEE), | |
| Respondents. | |

**OBJECTION OF WILKINSBURG BOROUGH TO CONFIRMATION OF DEBTORS' AMENDED CHAPTER 13 PLAN DATED AUGUST 14, 2021**

AND NOW, comes Wilkinsburg Borough ("Movant"), by and through its undersigned counsel, Jennifer L. Cerce, Esquire, and Maiello, Brungo & Maiello, LLP, and file the following Objection to Confirmation of Debtors' Amended Chapter 13 Plan dated August 14, 2021 and in support thereof, aver as follows:

1. On or about April 4, 2021 Brian L. Mohring and Rayna L. Mohring ("Debtors") filed a Chapter 13 bankruptcy case at the above-captioned bankruptcy number.

2. Movant, Wilkinsburg Borough is a secured creditor in the within bankruptcy case by virtue of delinquent municipal services fees owed by the Debtors.

3. On or about April 26, 2021 Movant filed secured Proof of Claim No. 5-1 at the within proceeding for delinquent municipal service fees in the amount of $1,031.01.

4. While Debtors' Amended Chapter 13 Plan lists the claim amount as set forth in Movant's claim, the repayment terms are indefinite, providing for monthly payments "when funds avail[able]."

5. Moreover, Movant's claim is not secured by a purchase money security interest. Rather, trash collection services are lienable and fall within the ambit of the Municipal Claims and Tax Liens Law of 1923, Act of May 16, 1923, P.L. 207, <u>as amended</u>, 53 P.S. §7101, *et seq.*

6. Debtors' Amended Chapter 13 Plan fails to appropriately provide for the Movant's claim.

WHEREFORE, Movant, Wilkinsburg Borough respectfully requests that this Honorable Court deny confirmation of the Debtors' Chapter 13 Plan dated August 14, 2021.

Dated: <u>September 1, 2021</u>                    Respectfully submitted:

MAIELLO, BRUNGO & MAIELLO, LLP

*/s/ Jennifer L. Cerce*
Jennifer L. Cerce, Esquire
PA I.D. #81157
424 S. 27th Street, #210
Pittsburgh, PA  15203
(412) 242-4400
jlc@mbm-law.net

330574,50001.1

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing OBJECTION OF WILKINSBURG BOROUGH TO CONFIRMATION OF DEBTORS' AMENDED CHAPTER 13 PLAN DATED AUGUST 14, 2021 been served this 1st day of September, 2021 by first-class United States mail, postage prepaid, upon:

Gary William Short, Esquire
212 Windgap Road
Pittsburgh, PA  15235

Brian L. Mohring
Rayna L. Mohring
5 Scenery Road
Pittsburgh, PA  15221

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219


 /s/ Jennifer L. Cerce
Jennifer L. Cerce, Esquire
PA I.D. #81157
424 S. 27th Street, #210
Pittsburgh, PA  15203
(412) 242-4400
jlc@mbm-law.net

330574,50001.1