**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | |
|---|---|
| **In Re:** ) | Bankruptcy No. 21-20803 CMB |
| **Brian L. Mohring and Rayna L. Mohring,** ) | Chapter 13 |
| Debtors, ) | Docket No. |
| **Gary W. Short,** ) | |
| Movant, ) | Hearing Date and Time: |
| vs. ) | December 15, 2021 at 1:30 p.m. |
| **Ronda J. Winnecour, Trustee,** ) | Responses Due: November 1, 2021 |
| Respondent. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**APPLICATION FOR INTERIM COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on October 15, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than November 1, 2021.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: November 2, 2021        /s/ Gary W. Short
                               Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                               212 Windgap Road, Pittsburgh, PA 15237
                               Tele. (412) 765-0100 / Fax (412) 536-3977
                               E-mail garyshortlegal@gmail.com