IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: Brian L. Mohring and Rayna L. Mohring | CHAPTER 13 |
|---|---|
| DEBTOR(S) | BANKRUPTCY CASE NUMBER 21-20803-CMB |
| JPMC Specialty Mortgage LLC<br>MOVANT<br>VS.<br><br>Brian L. Mohring and Rayna L. Mohring,<br>RESPONDENT(S)/DEBTOR(S)<br><br>Ronda J. Winnecour, TRUSTEE<br>ADDITIONAL RESPONDENT(S) | Related to Doc. No. 86 |

## **STIPULATION AND ORDER**

AND NOW, it is hereby stipulated and agreed to by and between JPMC Specialty Mortgage LLC, ("Movant") and Brian L. Mohring and Rayna L. Mohring, ("Debtors") as follows:

1. Debtor (s) have brought the account current.

2. JPMC Specialty Mortgage LLC wishes to discontinue the foreclosure action which pre-dated the bankruptcy but must do so by Motion to Vacate the judgment in state court.

3. The parties agree that relief from stay is Granted for the LIMITED Purpose of filing such a motion in state court. The Debtor will be served with said motion in accordance with the Pennsylvania rules of civil procedure.

4. The automatic stay remains in effect in all other aspects of the Debtors bankruptcy case.

DATED: 1/12/2022

/s/ Christopher A. DeNardo
Christopher A. DeNardo, Esquire
Attorney for JPMC Specialty Mortgage LLC

DATED: Jan. 10, 2022

*Gary W. Short*
Gary William Short, Esquire
Attorney for Debtor(s),
Brian L. Mohring and Rayna L. Mohring

AND NOW, this __2nd__ day of __February__, 2022 it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

FILED
2/2/22 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA