IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian L. Mohring and Rayna L. Mohring<br><br>DEBTOR(S) | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>21-20803-CMB |
| JPMC Specialty Mortgage LLC<br>    MOVANT<br>VS.<br><br>Brian L. Mohring and Rayna L. Mohring,<br>    RESPONDENT(S)/DEBTOR(S)<br><br>Ronda J. Winnecour, TRUSTEE<br>    ADDITIONAL RESPONDENT(S) | Related to Doc. No. 86 |

## STIPULATION AND ORDER

AND NOW, it is hereby stipulated and agreed to by and between JPMC Specialty Mortgage LLC, ("Movant") and Brian L. Mohring and Rayna L. Mohring, ("Debtors") as follows:

1. Debtor (s) have brought the account current.

2. JPMC Specialty Mortgage LLC wishes to discontinue the foreclosure action which pre-dated the bankruptcy but must do so by Motion to Vacate the judgment in state court.

3. The parties agree that relief from stay is Granted for the LIMITED Purpose of filing such a motion in state court. The Debtor will be served with said motion in accordance with the Pennsylvania rules of civil procedure.

4. The automatic stay remains in effect in all other aspects of the Debtors bankruptcy case.

DATED:    1/12/2022                    /s/ Christopher A. DeNardo
                                       Christopher A. DeNardo, Esquire
                                       Attorney for JPMC Specialty Mortgage LLC

DATED:    Jan. 10, 2022                Gary W. Short
                                       Gary William Short, Esquire
                                       Attorney for Debtor(s),
                                       Brian L. Mohring and Rayna L. Mohring

AND NOW, this ___2nd___ day of __February__, 2022 it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

Carlota M. Böhm    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
2/2/22 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20803-CMB |
| Brian L. Mohring | Chapter 13 |
| Rayna L. Mohring | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 02, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian L. Mohring, Rayna L. Mohring, 5 Scenery Road, Pittsburgh, PA 15221-2533 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2022      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Christopher A. DeNardo | on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC pabk@logs.com logsecf@logs.com;klittle@logs.com;cdenardo@logs.com |
| Gary William Short | on behalf of Joint Debtor Rayna L. Mohring garyshortlegal@gmail.com gwshort@verizon.net |
| Gary William Short | on behalf of Debtor Brian L. Mohring garyshortlegal@gmail.com gwshort@verizon.net |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 02, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Jeffrey R. Hunt
    on behalf of Creditor Woodland Hills School District jhunt@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor Borough of Wilkinsburg jlc@mbm-law.net

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 13