IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian L. Mohring and Rayna L. Mohring<br>　　　Debtors, | BANKRUPTCY CASE NUMBER<br>21-20803-CMB |
| JPMorgan Chase Bank, National Association<br>　　　Movant.<br>v. | CHAPTER 13 |
| Brian L. Mohring and Rayna L. Mohring<br>　　　Debtors/Respondents, | |
| Ronda J. Winnecour, Trustee<br>　　　Additional Respondent. | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

　　　Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), JPMorgan Chase Bank, National Association, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtors, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  February 15, 2022                                BY:/s/ Lily C. Calkins
                                                         Christopher A. DeNardo 78447
                                                         Kristen D. Little 79992
                                                         Lily C. Calkins 327356
                                                         LOGS Legal Group LLP
                                                         3600 Horizon Drive, Suite 150
                                                         King of Prussia, PA 19406
                                                         (610) 278-6800
                                                         logsecf@logs.com

LLG File #: 20-065669

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian L. Mohring and Rayna L. Mohring<br>　　　Debtors, | BANKRUPTCY CASE NUMBER<br>21-20803-CMB |
| JPMorgan Chase Bank, National Association<br>　　　Movant.<br>v.<br><br>Brian L. Mohring and Rayna L. Mohring<br>　　　Debtors/Respondents,<br><br>Ronda J. Winnecour, Trustee<br>　　　Additional Respondent. | CHAPTER 13 |

## CERTIFICATE OF SERVICE

　　　I, <u>Lily C. Calkins</u>, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this <u>15th</u> day of <u>February</u> 2022:

Brian L. Mohring
5 Scenery Road
Pittsburgh, PA 15221

Rayna L. Mohring
5 Scenery Road
Pittsburgh, PA 15221

Gary William Short, Esquire
212 Windgap Road
Pittsburgh, PA 15237 - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219 - VIA ECF

　　　I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Lily C. Calkins
Christopher A. DeNardo 78447
Kristen D. Little 79992
Lily C. Calkins 327356
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com