Declaration to COD Mohring 081122

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | |
|---|---|
| In Re: )<br>Brian L. Mohring and Rayna L. Mohring, )<br>Debtor, )<br>Ronda J. Winnecour, Trustee, )<br>Movant, )<br>vs. )<br>Brian L. Mohring and Rayna L. Mohring, )<br>Respondent. ) | Case No. 21-20803 CMB<br>Chapter 13<br>Docket No. ____<br>Related to Docket No. 93, 94 |

## DECLARATION UNDER PENALTY OF PERJURY IN RESPONSE TO TRUSTEE'S CERTIFICATE OF DEFAULT

I (We), Brian L. Mohring and Rayna L. Mohring, hereby declare under penalty of perjury that the statements set forth below in this Declaration and Exhibits are true and correct to the best of my (our) knowledge or information and belief and that I (we) understand this statement and verification is made subject to the penalties of 18 Pa.C.S. Sec. 4904 relating to unsworn falsification to authorities, which provides that if I (we) make knowingly false averments, I (we) may be subject to criminal penalties.

1. The reasons for my (our) default under my (our) plan is that most 0f 2022 I (Brian Mohring) have had issues with my back. This has caused me not to be able to climb a latter. I have since hired additional help. I went from a hands on painter to a manager. It took a few months but under my new business model, I am back to where I was regarding income.

2. My (Our) current address is 5 Scenery Road, Pittsburgh, PA 15221.

3. Attached hereto as Exhibit "A" is documentary proof of my most recent payment to the Chapter 13 Trustee which was paid after the day the Trustee filed the Certificate of Default.

Date: August 26, 2022   /s/Brian L. Mohring   √
Brian L. Mohring

/s/ Rayna L. Mohring   √
Rayna L. Mohring

# GWS

*Memo from the Law Office of*
**Gary W. Short**
212 Windgap Road
Pittsburgh, PA 15237
T: 412.765.0100
Fax: 412.536.3977
garyshortlegal@gmail.com

Aug. 26, 2022

Ronda J. Winnecour
P.O. Box 84051
Chicago, IL 60689-4002

Re: Debtor(s): Brian and Rayna Mohring

Chapter 13 Case No.: 21-20803 CMB

Dear Ms. Winnecour:

Please find enclosed 1

☐ money order(s); ☑ treasurer's check; ☐ cashier's check; ☐ attorney escrow account check in the amount of $3472.00 for the Chapter 13 plan of the above named debtor(s). If you have any questions, please contact my office.

Sincerely,

Gary W. Short

GWS/ws
Enclosure

---

**S&T Bank**    176017084
800 Philadelphia Street
Indiana, PA 15701
800.325.2265

REMITTER 21-20803cmB
BRIAN L MOHRING
DATE August 22, 2022

60-685/433
0000900041

PAY TO THE ORDER OF *RONDA J WINNECOUR*    $ 3,472.00

THREE THOUSAND FOUR HUNDRED SEVENTY TWO DOLLARS AND ZERO CENTS    DOLLARS

THIS DOCUMENT HAS A MICRO-PRINT SIGNATURE LINE, WATERMARK AND A THERMOCHROMIC ICON; ABSENCE OF THESE FEATURES WILL INDICATE A COPY

**TREASURER'S CHECK**    Jessica Waugaman

⑈176017084⑈ ⑆043306855⑆ 0000900041⑈

EXHIBIT "A"

Case 21-20803-CMB    Doc 95    Filed 08/26/22    Entered 08/26/22 09:10:17    Desc Main
Document    Page 3 of 3

Print Page  Printer Friendly

## FINANCIAL SUMMARY - CASE 21-20803

| UPMC PHYSICIAN SERVICE AND PROF paying **$2,125.50** MONTHLY for RAYNA L. MOHRING |
| BRIAN L. MOHRING paying **$2,327.50** MONTHLY |

| Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All |

Limits:  Select Start Date ⌄   Select Claim ID ⌄   Select Payee Name ⌄   Check Status: Cleared  Stale Dated  Stop Payment  Cancelled  Voided  Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 4/21/2021 | | | 000000002366430- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 4/28/2021 | | | 000000002369990- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 5/14/2021 | | | 000000002374671- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 5/14/2021 | | | 000000176016838- | CASHIERS CHECK/PAYMENT | $3,600.00 | | |
| 5/26/2021 | | | 000000002378493- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 6/10/2021 | | | 000000002382598- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 6/24/2021 | | | 000000002386598- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 7/13/2021 | | | 000000002390636- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 7/21/2021 | | | 000000002394265- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 8/6/2021 | | | 000000002398769- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 8/18/2021 | | | 000000002402661- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 9/1/2021 | | | 000000002406349- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 9/17/2021 | | | 000000002410764- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 9/28/2021 | | | 000000002414452- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 10/14/2021 | | | 000000002418844- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 10/18/2021 | | | 000000176016929- | REMITTED BY EMPLOYER DEDUCTION | $2,254.00 | | |
| 11/1/2021 | | | 000000002422736- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 11/10/2021 | | | 000000002426984- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 11/24/2021 | | | 000000002431310- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 12/13/2021 | | | 000000002435137- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 12/14/2021 | | | 000000176016965- | CASHIERS CHECK/PAYMENT | $2,282.50 | | |
| 12/29/2021 | | | 000000002439493- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 1/7/2022 | | | 000000002444063- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 1/21/2022 | | | 000000002447673- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 2/1/2022 | | | 000000002451968- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 2/17/2022 | | | 000000002456617- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 3/4/2022 | | | 000000002460270- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 3/15/2022 | | | 000000002465404- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 4/6/2022 | | | 000000002469884- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 4/11/2022 | | | 000000002474822- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 4/28/2022 | | | 000000002479043- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 5/10/2022 | | | 000000002483971- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 6/1/2022 | | | 000000002488369- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 6/8/2022 | | | 000000002493183- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 6/22/2022 | | | 000000002497380- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 7/12/2022 | | | 000000002501974- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 7/19/2022 | | | 000000002506103- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 8/2/2022 | | | 000000002510709- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| 8/18/2022 | | | 000000002515201- | REMITTED BY EMPLOYER DEDUCTION | $981.00 | | |
| | | | | **Totals:** | **$43,452.50** | **$0.00** | |