Stipulated order modifying plan mohirng

# UNITES STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**BRIAN L. MOHRING and**  Case No. 21-20803 CMB
**RAYNA L. MOHRING,**

                               **Chapter 13**

       **Debtor.**

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☒ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by: Brian L. Mohring and Rayna L. Mohring.

- ☐ a motion to lift stay
   as to creditor _____

- ☐ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated August 14, 2021.

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒ Debtor(s) Plan payments shall be changed from $4,453.00 to **$4,823.00**. per month effective **September, 2022**.

- ☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor(s) shall file and serve _____ on or before _____.

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒    Other: This stipulated order resolves the certificate of default filed by the Chapter 13 Trustee on August 10, 2022.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

**SO ORDERED**, this  2nd  day of  September , 2022

Dated:  September 2, 2022

*[signature]*
Carlota M. Bohm, Chief Judge    **dmr**
United States Bankruptcy Court

Stipulated by:

/s/ Gary W. Short, Esq.
Gary W. Short
Counsel to Debtor

Stipulated by:

/s/James Warmbrodt, Esq.
James Warmbrod, Esq.
Counsel to Chapter 13 Trustee

cc:  All Parties in Interest to be served by Clerk

FILED
9/2/22 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 21-20803-CMB

Brian L. Mohring     Chapter 13

Rayna L. Mohring

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 4
Date Rcvd: Sep 02, 2022    Form ID: pdf900    Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian L. Mohring, Rayna L. Mohring, 5 Scenery Road, Pittsburgh, PA 15221-2533 |
| cr | + | Borough of Wilkinsburg, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219 U.S.A. 15219-1906 |
| 15359984 | + | Allegheny County, c/o John K. Weinstein, Treas., Room 108 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 15359988 | + | Bridgecrest Auto Finance, 7211 McKnight Road, Pittsburgh, PA 15237-3509 |
| 15360928 | | Bridgecrest credit company, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15359995 | + | Equable Ascent Financial, LLC, 102 Browing Lane Bldg. B, Suite 1, Cherry Hill, NJ 08003-3195 |
| 15359998 | + | Keystone Collections Group, 546 Wendel Avenue, Irwin, PA 15642-7539 |
| 15360001 | | Peoples Gas Company, POB 644760, Pittsburgh, PA 15264-4760 |
| 15360005 | + | Stellar Recovery Inc, Attn: Bankruptcy, 4500 Salisbury Road Ste 105, Jackonville, FL 32216-8035 |
| 15360010 | + | Turtle Creek Council of Governments, 2700 Monroeville Blvd., Monroeville, PA 15146-2359 |
| 15360011 | + | University of Pittsburgh Physicians, POB 1123, Minneapolis, MN 55440-1123 |
| 15360013 | + | Us Dept Ed, Po Box 1030, Coraopolis, PA 15108-6030 |
| 15360016 | + | Wilkinsburg Borough, c/o Maiello Brungo and Maiello, 100 Pruity Road, Ste 3, Pittsburgh, PA 15235-4441 |
| 15394210 | + | Wilkinsburg Borough, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15394180 | + | Wilkinsburg Borough School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15360017 | + | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Blvd., Pittsburgh, PA 15221-1193 |
| 15360018 | + | Woodland Hills School District, 531 Jones Avenue, Braddock, PA 15104-2418 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 02 2022 23:21:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 02 2022 23:31:03 | JPMC SPECIALTY MORTGAGE LLC, Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 02 2022 23:21:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 02 2022 23:21:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 02 2022 23:21:00 | Woodland Hills School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15359985 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 02 2022 23:21:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |

Case 21-20803-CMB   Doc 98   Filed 09/04/22   Entered 09/05/22 00:21:33   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 02, 2022 | Form ID: pdf900 | Total Noticed: 57 |

| Recipient # | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 15359983 | + Email/Text: bncnotifications@pheaa.org | Sep 02 2022 23:21:00 | Aes/keystone, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15359986 | Email/PDF: ebn_ais@aisinfo.com | Sep 02 2022 23:31:06 | American InfoSource LP, as agent for Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 15359987 | + Email/Text: creditcardbkcorrespondence@bofa.com | Sep 02 2022 23:21:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 15359989 | + Email/Text: bankruptcy@cavps.com | Sep 02 2022 23:21:00 | Calvary SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15359990 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 02 2022 23:31:08 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15359991 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 02 2022 23:31:05 | Cardworks/CW Nexus, Pob 9201, Old Bethpage, NY 11804-9001 |
| 15360530 | + Email/Text: bankruptcy@cavps.com | Sep 02 2022 23:21:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15359993 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2022 23:31:06 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 15390626 | + Email/Text: ebnjts@grblaw.com | Sep 02 2022 23:21:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15359994 | + Email/Text: kburkley@bernsteinlaw.com | Sep 02 2022 23:21:00 | Duquense Light Company, 411 Seventh Avenue, POB 1930, Pittsburgh, PA 15230-1930 |
| 15385386 | + Email/Text: kburkley@bernsteinlaw.com | Sep 02 2022 23:21:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15359996 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 02 2022 23:21:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 15359992 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 02 2022 23:31:02 | Chase Bank Usa, Na, Po Box 15298, Wilmington, DE 19850 |
| 15359997 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 02 2022 23:31:08 | JPMC Specialty Mortgage LLC, Chase Records Center, Attn. Correspondence Mail, Mail Code LA4-5555, Monroe, LA 71203 |
| 15359999 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 02 2022 23:21:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2710 |
| 15371038 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 02 2022 23:21:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15385505 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 02 2022 23:21:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15360002 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 02 2022 23:21:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15360003 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 02 2022 23:21:00 | Pnc Bank, Na, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15360004 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 02 2022 23:31:06 | Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541 |
| 15381970 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 02 2022 23:31:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15360000 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2022 23:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, POB 280946, Harrisburg, PA 17128-0946 |
| 15365428 | + Email/Text: ebnpeoples@grblaw.com | Sep 02 2022 23:21:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant Street, 14th Fl., Pittsburgh, PA 15219-6101 |
| 15360006 | + Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 02 2022 23:31:05 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 15360007 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 02 2022 23:31:08 | Synchrony Bank/Banana Republic, Po Box 965064, Orlando, FL 32896-5064 |
| 15360008 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 02 2022 23:31:05 | Synchrony Bank/HealthCare, Po Box 965064, Orlando, FL 32896-5064 |
| 15380098 | ^ | MEBN | Sep 02 2022 23:20:37 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15360012 | ^ | MEBN | Sep 02 2022 23:20:40 | UPMC Heath Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15380099 | ^ | MEBN | Sep 02 2022 23:20:35 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15380772 | | Email/PDF: ebn_ais@aisinfo.com | Sep 02 2022 23:31:06 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15360014 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2022 23:31:03 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 15360015 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 02 2022 23:31:06 | Wells Fargo, Attention: Bankruptcy MAC# X2303-01A, Po Box 41169, Des Moines, IA 50328-0001 |
| 15390631 | + | Email/Text: ebnjts@grblaw.com | Sep 02 2022 23:21:00 | Woodland Hills School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | JPMorgan Chase Bank, National Association |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15360009 | | Turtle Creek Borough, 125 Monroeville Avenue, MA 01514-5000 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15361638 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 04, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2022 at the address(es) listed below:

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Sep 02, 2022 | Form ID: pdf900 | Total Noticed: 57

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue acarr@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC logsecf@logs.com |
| Gary William Short | on behalf of Debtor Brian L. Mohring garyshortlegal@gmail.com  gwshort@verizon.net |
| Gary William Short | on behalf of Joint Debtor Rayna L. Mohring garyshortlegal@gmail.com  gwshort@verizon.net |
| Jeffrey R. Hunt | on behalf of Creditor Woodland Hills School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Borough of Wilkinsburg jlc@mbm-law.net |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lily Christina Calkins | on behalf of Creditor JPMorgan Chase Bank  National Association logsecf@logs.com, lilychristinacalkins@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 14