Case 21-20803-CMB    Doc 99    Filed 10/18/22    Entered 10/18/22 16:46:04    Desc Main
Document    Page 1 of 1

FILED
10/18/22 1:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>Entry of Appearance of Christopher DeNardo, Esquire withdrawal of Lily C. Calkins, Esquire in various cases Related to The Law Firm LOGS Legal Group LLP | MISCELLANEOUS NO.  22-229-GLT<br><br>Related to Docket No. 3 |

## **ORDER**

AND NOW, this _18th Day of October_, 2022, at the Western District Bankruptcy Court of Pennsylvania, upon the consideration of the Motion of Movants Christopher A. DeNardo, Esquire and Lily C. Calkins, Esquire to substitute Attorney DeNardo's appearance for various creditors over that of Attorney Calkins, and withdraw Attorney Calkins's appearance in those same cases as her employment with the LOGS Legal Group has amicably ended, in various cases as listed in the attachment to the accompanying Motion, Exhibit "A", and for good cause shown, it is

ORDERED AND DECREED that the Motion is granted and that the appearance of Lily C. Calkins is substituted by Christopher A. DeNardo as to all creditors represented by the LOGS Legal Group, LLP, in the list of cases attached to the Motion as Exhibit "A".

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court