**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| **Brian L. Mohring and Rayna L. Mohring,** ) | Case No. 21-20803 CMB |
| Debtors, ) | Chapter 13 |
| **Mary Bower Sheats and Gary W. Short,** ) | Docket No. _____ |
| Movants, ) | Hearing Date and Time: |
| vs. ) | January 19, 2023 at 1:30 p.m. |
| **Brian L. Mohring and Rayna L. Mohring,** ) | Responses due: December 23, 2022 |
| Respondents. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**JOINT MOTION TO SUBSTITUTE MARY BOWER SHEATS AS COUNSEL**
**FOR DEBTOR IN PLACE OF GARY W. SHORT AND CERTIFICATION OF**
**APPROVAL OF SUBSTITUTION OF COUNSEL BY DEBTOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **JOINT MOTION TO SUBSTITUTE MARY BOWER SHEATS AS COUNSEL FOR DEBTOR IN PLACE OF GARY W. SHORT AND CERTIFICATION OF APPROVAL OF SUBSTITUTION OF COUNSEL BY DEBTOR** filed on December 6, 2022 ("Motion") has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections or responses to the Motion were to be filed and served no later than December 23, 2022

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: December 27, 2022      /s/ Gary W. Short_____
                               Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                               Attorney for the Debtor
                               212 Windgap Road, Pittsburgh, PA 15237
                               Tele. (412) 765-0100 / Fax (412) 536-3977
                               E-mail garyshortlegal@gmail.com

**pdfr**