IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Brian L. Mohring and Rayna L. Mohring, ) | Case No. 21-20803 CMB |
| Debtors, ) | Chapter 13 |
| Mary Bower Sheats and Gary W. Short, ) | Docket No. 100 |
| Movants, ) | Hearing Date and Time: |
| vs. ) | January 19, 2023 at 1:30 p.m. |
| Brian L. Mohring and Rayna L. Mohring, ) | Responses due: December 23, 2022 |
| Respondents. ) | |
| | **ENTERED BY DEFAULT** |

**ORDER**

This  29th  day of    December   , 2022, upon the consideration of the Joint Motion to Substitute Mary Bower Sheats as Counsel for Debtors in Place of Gary W. Short in the Chapter 13 case of Brian L. Mohring and Rayna L. Mohring and Certification of Approval of Substitution of Counsel by Debtors ("Motion"), it is hereby:

ORDERED AND DECREED that:

1. Attorney Mary Bower Sheats' appearance for Debtors, Brian L. Mohring and Rayna L. Mohring, is substituted for that of Attorney Gary W. Short; and

2. The withdraw of Attorney Gary W. Short's appearance in this case is authorized as he is retiring from the practice of law.

BY THE COURT

_Carlota M. Böhm_  **dmr**
Honorable Carlota M. Bohn
United States Bankruptcy Judge

FILED
12/29/22 11:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20803-CMB |
| Brian L. Mohring | Chapter 13 |
| Rayna L. Mohring | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 29, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Brian L. Mohring, Rayna L. Mohring, 5 Scenery Road, Pittsburgh, PA 15221-2533 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2022           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor JPMorgan Chase Bank National Association logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC logsecf@logs.com |
| Gary William Short | on behalf of Debtor Brian L. Mohring garyshortlegal@gmail.com gwshort@verizon.net |
| Gary William Short | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 29, 2022 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Joint Debtor Rayna L. Mohring garyshortlegal@gmail.com  gwshort@verizon.net

Jeffrey R. Hunt
        on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
        on behalf of Creditor Woodland Hills School District jhunt@grblaw.com

Jennifer L. Cerce
        on behalf of Creditor Borough of Wilkinsburg jlc@mbm-law.net

Jill Locnikar
        on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
        patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mary Bower Sheats
        on behalf of Debtor Brian L. Mohring Mary@mbsheatslaw.com
        mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Mary Bower Sheats
        on behalf of Joint Debtor Rayna L. Mohring Mary@mbsheatslaw.com
        mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 16