IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Brian L. Mohring and Rayna L. Mohring<br>   Debtors<br><br>Chase Mortgage Holdings, Inc., s/b/m to<br>JPMC Specialty Mortgage, LLC<br>   Movant<br>vs.<br>Brian L. Mohring and Rayna L. Mohring<br>and Ronda J. Winnecour,<br><br>   Respondents | :<br>:<br>:   Case No. 21-20803 CMB<br>:<br>:   Chapter 13<br>:   Related to Claim No. no claim number<br>:<br>:<br>:<br>:<br>: |

## DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT

And now comes counsel for the Debtors and declares that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt.

Contemporaneously with the filing of this declaration, the Chapter 13 Trustee and the affected creditor have been served with a copy of this declaration.

Dated: February 27, 2023

Respectfully submitted:

/s/Mary Bower Sheats
Mary Bower Sheats, Esquire
PA ID#27911
1195 Washington Pike
Suite 325
Bridgeville, PA 15017
412-281-7266
Mary@mbsheatslaw.com