# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 7/21/2023 |
| Case: 21−20803−CMB | Form ID: pdf900 | Total: 75 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        Commonwealth of Pennsylvania, Department of Revenue
cr        PNC BANK, NATIONAL ASSOCIATION
cr        JPMorgan Chase Bank, National Association
                        TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust       Office of the United States Trustee       ustpregion03.pi.ecf@usdoj.gov
tr        Ronda J. Winnecour       cmecf@chapter13trusteewdpa.com
aty       Allison L. Carr       acarr@attorneygeneral.gov
aty       Brian Nicholas       bnicholas@kmllawgroup.com
aty       Christopher A. DeNardo       logsecf@logs.com
aty       Jeffrey R. Hunt       jhunt@grblaw.com
aty       Jennifer L. Cerce       jlc@mbm−law.net
aty       Jill Locnikar       jill.locnikar@usdoj.gov
aty       Keri P. Ebeck       kebeck@bernsteinlaw.com
aty       Mary Bower Sheats       Mary@mbsheatslaw.com
aty       S. James Wallace       ecfpeoples@grblaw.com
                        TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Brian L. Mohring       5 Scenery Road       Pittsburgh, PA 15221
jdb       Rayna L. Mohring       5 Scenery Road       Pittsburgh, PA 15221
cr        Duquesne Light Company       c/o Bernstein−Burkley, P.C.       707 Grant Street, Suite 2200, Gulf Tower       Pittsburgh, PA 15219
cr        Peoples Natural Gas Company LLC       GRB Law       Frick Building       437 Grant Street, 14th Floor       Pittsburgh, PA 15219
cr        PNC Bank, N.A.       PO Box 94982       Cleveland, OH 44101
cr        Borough of Wilkinsburg       c/o Maiello Brungo & Maiello, LLP       100 Purity Road       Suite 3       Pittsburgh, PA 15235
cr        County of Allegheny       Goehring, Rutter, and Boehm       437 Grant Street, 14th Floor       Frick Building       Pittsburgh, PA 15219 UNITED STATES
cr        Woodland Hills School District       Goehring, Rutter, and Boehm       437 Grant Street, 14th Floor       Frick Building       Pittsburgh, PA 15219 UNITED STATES
cr        United States of America Department of the Treasury, Internal Revenue Service       c/oOffice of U.S. Atty for W.D. of PA       U.S. Post Office & Courthouse       700 Grant Street       Pittsburgh       PA, 15219 U.S.A.
cr        JPMC SPECIALTY MORTGAGE LLC       Chase Records Center       ATTN: Correspondence Mail       Mail Code LA4−5555       700 Kansas Lane       Monroe, LA 71203
15359983       Aes/keystone       Po Box 61047       Harrisburg, PA 17106
15359984       Allegheny County       c/o John K. Weinstein, Treas.       Room 108 436 Grant Street       Pittsburgh, PA 15219
15359985       American Honda Finance       Po Box 168088       Irving, TX 75016
15359986       American InfoSource LP       as agent for Verizon       PO Box 248838       Oklahoma City, OK 73124−8838
15359987       Bank Of America       Nc4−105−03−14       Po Box 26012       Greensboro, NC 27410
15359988       Bridgecrest Auto Finance       7211 McKnight Road       Pittsburgh, PA 15237
15360928       Bridgecrest credit company, LLC       PO Box 29018 Phoenix AZ 85038
15359989       Calvary SPV I, LLC       500 Summit Lake Drive, Ste 400       Valhalla, NY 10595−1340
15359990       Capital One       Po Box 30285       Salt Lake City, UT 84130
15359991       Cardworks/CW Nexus       Pob 9201       Old Bethpage, NY 11804
15360530       Cavalry SPV I, LLC       500 Summit Lake Drive, Ste 400       Valhalla, NY 10595
15359992       Chase Bank Usa, Na       Po Box 15298       Wilmington, DE 19850
15359993       Citibank/The Home Depot       Citicorp Cr Srvs/Centralized Bankruptcy       Po Box 790040       S Louis, MO 63129
15390626       County of Allegheny       GRB Law       c/o Jeffrey R. Hunt, Esquire       437 Grant Street, 14th Floor       Frick Building       Pittsburgh PA 15219
15359994       Duquense Light Company       411 Seventh Avenue       POB 1930       Pittsburgh, PA 15220
15385386       Duquesne Light Company       c/o Bernstein−Burkley, P.C.       707 Grant St., Suite 2200, Gulf Tower       Pittsburgh, PA 15219
15359995       Equable Ascent Financial, LLC       102 Browing Lane Bldg. B       Suite 1       Cherry Hill, NJ 08003
15359996       Internal Revenue Service       POB 7346       Philadelphia, PA 19101−7346
15359997       JPMC Specialty Mortgage LLC       Chase Records Center       Attn. Correspondence Mail       Mail Code LA4−5555       Monroe, LA 71203
15359998       Keystone Collections Group       546 Wendel Avenue       Irwin, PA 15642
15359999       Midland Funding       2365 Northside Dr       Suite 300       San Diego, CA 92108
15371038       Midland Funding LLC       PO Box 2011       Warren, MI 48090
15385505       PNC BANK, NATIONAL ASSOCIATION       P.O. Box 94982       Cleveland, OH 44101

| | | | | |
|---|---|---|---|---|
| 15360000 | Pennsylvania Department of Revenue | Bankruptcy Division | POB 280946 | Harrisburg, PA 17128 |
| 15361638 | Pennsylvania Department of Revenue | Bankruptcy Division PO Box 280946 | | Harrisburg PA 17128–0946 |
| 15360001 | Peoples Gas Company | POB 644760 | Pittsburgh, PA 15264–4760 | |
| 15365428 | Peoples Natural Gas Company LLC | c/o GRB Law | Frick Bldg., 437 Grant Street, 14th Fl. | Pittsburgh, PA 15219 |
| 15360002 | Pnc Bank | 2730 Liberty Ave | Pittsburgh, PA 15222 | |
| 15360003 | Pnc Bank, Na | 2730 Liberty Ave | Pittsburgh, PA 15222 | |
| 15360004 | Portfolio Recovery Assoc. | PO Box 12914 | Norfolk, VA 23541 | |
| 15381970 | Portfolio Recovery Associates, LLC | POB 12914 | Norfolk VA 23541 | |
| 15360005 | Stellar Recovery Inc | Attn: Bankruptcy | 4500 Salisbury Road Ste 105 | Jackonville, FL 32216 |
| 15360006 | Synchrony Bank | Po Box 965064 | Orlando, FL 32896 | |
| 15360007 | Synchrony Bank/Banana Republic | Po Box 965064 | Orlando, FL 32896 | |
| 15360008 | Synchrony Bank/HealthCare | Po Box 965064 | Orlando, FL 32896 | |
| 15360009 | Turtle Creek Borough | 125 Monroeville Avenue | MA 01514–5000 | |
| 15360010 | Turtle Creek Council of Governments | 2700 Monroeville Blvd. | Monroeville, PA 15146 | |
| 15380098 | UPMC Health Services | PO Box 1123 | Minneapolis, MN 55440–1123 | |
| 15360012 | UPMC Heath Services | PO Box 1123 | Minneapolis, MN 55440–1123 | |
| 15380099 | UPMC Physician Services | PO Box 1123 | Minneapolis, MN 55440–1123 | |
| 15360011 | University of Pittsburgh Physicians | POB 1123 | Minneapolis, MN 55444 | |
| 15360013 | Us Dept Ed | Po Box 1030 | Coraopolis, PA 15108 | |
| 15380772 | Verizon | by American InfoSource as agent | PO Box 4457 | Houston, TX 77210–4457 |
| 15360014 | Visa Dept Store National Bank | Attn: Bankruptcy | Po Box 8053 | Mason, OH 45040 |
| 15360015 | Wells Fargo | Attention: Bankruptcy MAC# X2303–01A | Po Box 41169 | Des Moines, IA 50328 |
| 15394210 | Wilkinsburg Borough | c/o Keystone Collections Group | 546 Wendel Road | Irwin, PA 15642 |
| 15360016 | Wilkinsburg Borough | c/o Maiello Brungo and Maiello | 100 Pruity Road, Ste 3 | Pittsburgh, PA 15235 |
| 15394180 | Wilkinsburg Borough School District | c/o Keystone Collections Group | 546 Wendel Road | Irwin, PA 15642 |
| 15360017 | Wilkinsburg–Penn Joint Water Authority | 2200 Robinson Blvd. | Pittsburgh, PA 15221 | |
| 15360018 | Woodland Hills School District | 531 Jones Avenue | Braddock, PA 15104 | |
| 15390631 | Woodland Hills School District | GRB Law | c/o Jeffrey R. Hunt, Esquire | 437 Grant Street, 14th Floor    Frick Building    Pittsburgh PA 15219 |

TOTAL: 61