**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Brian L. Mohring and <br> Rayna L. Mohring <br> <br> Debtor(s). <br> _____ | ) <br> ) Case No. 21-20803-CMB <br> ) <br> ) Chapter 13 <br> ) <br> ) <br> X |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒ a motion to dismiss case or certificate of default requesting dismissal

☐ a plan modification sought by: _____

☐ a motion to lift stay
as to creditor _____

☐ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated 8-14-2021

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Debtor(s) Plan payments shall be changed from $4823 to $5595 per <u>month,</u> effective 8/2023; and/or the Plan term shall be changed from ___ months to ____ months.          .

-1-

☐     In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐     Debtor(s) shall file and serve _____ on or before _____.

☐     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒     Other:
➢ Trustee's Certificate of Default (at Doc 109) is treated as resolved by this Order.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 21st day of July, 2023

_____
United States Bankruptcy Judge    **dmk**

Stipulated by:                          Stipulated by:

/s/Mary Bower Sheats_____        Kate DeSimone_____
Counsel to Debtor                       Counsel to Chapter 13 Trustee

cc:  All Parties in Interest to be served by Clerk

FILED
7/21/23 9:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 21-20803-CMB
Brian L. Mohring  Chapter 13
Rayna L. Mohring
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 4
Date Rcvd: Jul 21, 2023  Form ID: pdf900  Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian L. Mohring, Rayna L. Mohring, 5 Scenery Road, Pittsburgh, PA 15221-2533 |
| cr | + | Borough of Wilkinsburg, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219 U.S.A. 15219-1906 |
| 15359984 | + | Allegheny County, c/o John K. Weinstein, Treas., Room 108 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 15359988 | + | Bridgecrest Auto Finance, 7211 McKnight Road, Pittsburgh, PA 15237-3509 |
| 15360928 | | Bridgecrest credit company, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15359995 | + | Equable Ascent Financial, LLC, 102 Browing Lane Bldg. B, Suite 1, Cherry Hill, NJ 08003-3195 |
| 15359998 | + | Keystone Collections Group, 546 Wendel Avenue, Irwin, PA 15642-7539 |
| 15360001 | | Peoples Gas Company, POB 644760, Pittsburgh, PA 15264-4760 |
| 15360005 | + | Stellar Recovery Inc, Attn: Bankruptcy, 4500 Salisbury Road Ste 105, Jackonville, FL 32216-8035 |
| 15360010 | + | Turtle Creek Council of Governments, 2700 Monroeville Blvd., Monroeville, PA 15146-2359 |
| 15360013 | + | Us Dept Ed, Po Box 1030, Coraopolis, PA 15108-6030 |
| 15360016 | + | Wilkinsburg Borough, c/o Maiello Brungo and Maiello, 100 Pruity Road, Ste 3, Pittsburgh, PA 15235-4441 |
| 15394210 | + | Wilkinsburg Borough, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15394180 | + | Wilkinsburg Borough School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15360017 | + | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Blvd., Pittsburgh, PA 15221-1193 |
| 15360018 | + | Woodland Hills School District, 531 Jones Avenue, Braddock, PA 15104-2418 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 22 2023 00:18:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 22 2023 00:26:38 | JPMC SPECIALTY MORTGAGE LLC, Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 22 2023 00:18:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 22 2023 00:18:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 22 2023 00:18:00 | Woodland Hills School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15359985 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 22 2023 00:19:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 15359983 | + | Email/Text: bncnotifications@pheaa.org | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 22 2023 00:18:00 | Aes/keystone, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15359986 | | Email/PDF: ebn_ais@aisinfo.com | Jul 22 2023 00:26:40 | American InfoSource LP, as agent for Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 15359987 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 22 2023 00:18:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 15359989 | + | Email/Text: bankruptcy@cavps.com | Jul 22 2023 00:19:00 | Calvary SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15359990 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2023 00:26:41 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15359991 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 22 2023 00:26:52 | Cardworks/CW Nexus, Pob 9201, Old Bethpage, NY 11804-9001 |
| 15360530 | + | Email/Text: bankruptcy@cavps.com | Jul 22 2023 00:19:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15359993 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2023 00:26:58 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 15390626 | + | Email/Text: ebnjts@grblaw.com | Jul 22 2023 00:18:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15359994 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 22 2023 00:19:00 | Duquense Light Company, 411 Seventh Avenue, POB 1930, Pittsburgh, PA 15230-1930 |
| 15385386 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 22 2023 00:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15359996 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2023 00:18:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 15359992 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 22 2023 00:26:38 | Chase Bank Usa, Na, Po Box 15298, Wilmington, DE 19850 |
| 15359997 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 22 2023 00:26:45 | JPMC Specialty Mortgage LLC, Chase Records Center, Attn. Correspondence Mail, Mail Code LA4-5555, Monroe, LA 71203 |
| 15359999 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2023 00:18:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2710 |
| 15371038 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2023 00:18:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15385505 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 22 2023 00:18:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15360002 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 22 2023 00:18:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15360003 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 22 2023 00:18:00 | Pnc Bank, Na, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15360004 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2023 00:26:52 | Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541 |
| 15381970 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2023 00:26:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15360000 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 22 2023 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, POB 280946, Harrisburg, PA 17128-0946 |
| 15360001 | ^ | MEBN | Jul 22 2023 00:09:05 | Peoples Gas Company, POB 644760, Pittsburgh, PA 15264-4760 |
| 15365428 | + | Email/Text: ebnpeoples@grblaw.com | Jul 22 2023 00:18:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant Street, 14th Fl., |

Case 21-20803-CMB    Doc 117    Filed 07/23/23    Entered 07/24/23 00:25:46    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 21, 2023 | Form ID: pdf900 | Total Noticed: 57 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Pittsburgh, PA 15219-6101 |
| 15360006 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 22 2023 00:27:01 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 15360007 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 22 2023 00:26:53 | Synchrony Bank/Banana Republic, Po Box 965064, Orlando, FL 32896-5064 |
| 15360008 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 22 2023 00:27:01 | Synchrony Bank/HealthCare, Po Box 965064, Orlando, FL 32896-5064 |
| 15380098 | | Email/Text: BNCnotices@dcmservices.com | Jul 22 2023 00:18:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15360012 | | Email/Text: BNCnotices@dcmservices.com | Jul 22 2023 00:18:00 | UPMC Heath Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15380099 | | Email/Text: BNCnotices@dcmservices.com | Jul 22 2023 00:18:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15360011 | + | Email/Text: BNCnotices@dcmservices.com | Jul 22 2023 00:18:00 | University of Pittsburgh Physicians, POB 1123, Minneapolis, MN 55440-1123 |
| 15380772 | | Email/PDF: ebn_ais@aisinfo.com | Jul 22 2023 00:26:45 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15360014 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2023 00:26:57 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 15360015 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 22 2023 00:26:41 | Wells Fargo, Attention: Bankruptcy MAC# X2303-01A, Po Box 41169, Des Moines, IA 50328-0001 |
| 15390631 | + | Email/Text: ebnjts@grblaw.com | Jul 22 2023 00:18:00 | Woodland Hills School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | JPMorgan Chase Bank, National Association |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15360009 | | Turtle Creek Borough, 125 Monroeville Avenue, MA 01514-5000 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15361638 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2023           Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor JPMorgan Chase Bank National Association logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC logsecf@logs.com |
| Jeffrey R. Hunt | on behalf of Creditor Woodland Hills School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Borough of Wilkinsburg jlc@mbm-law.net |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Mary Bower Sheats | on behalf of Joint Debtor Rayna L. Mohring Mary@mbsheatslaw.com mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com |
| Mary Bower Sheats | on behalf of Debtor Brian L. Mohring Mary@mbsheatslaw.com mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 14