IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Brian L. Mohring and Rayna L. Mohring | | |
|   Debtors | : | Case No. 21-20803 CMB |
| | | Chapter 13 |
| Chase Mortgage Holdings, Inc., s/b/m to | : | Related to Claim No. no claim number |
| JPMC Specialty Mortgage, LLC | | |
|   Movant | : | |
|   vs. | : | |
| Brian L. Mohring and Rayna L. Mohring | | |
| and Ronda J. Winnecour, | : | |
| | : | |
|   Respondents | | |

DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT

And now comes counsel for the Debtors and declares that the existing Chapter 13 Plan is

sufficient to fund the Plan with the modified debt.

Contemporaneously with the filing of this declaration, the Chapter 13 Trustee and the

affected creditor have been served with a copy of this declaration.

Dated: November 17,  2023

Respectfully submitted:

/s/Mary Bower Sheats
Mary Bower Sheats, Esquire
PA ID#27911
1195 Washington Pike
Suite 325
Bridgeville, PA 15017
412-281-7266
Mary@mbsheatslaw.com