**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| BRIAN L. MOHRING<br>RAYNA L. MOHRING<br>    Debtor(s) | Case No.:21-20803 |
| Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/04/2021 and confirmed on 07/27/2021 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 99,803.50 |
| Less Refunds to Debtor | 5,886.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 93,917.50 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 10,000.00 | |
|     Trustee Fee | 4,116.75 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,116.75 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 47,125.73 | 0.00 | 47,125.73 |
|     Acct: 1312 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9283 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9747 | | | | |
|   JPMORGAN CHASE BANK NA | 24,991.00 | 3,684.59 | 0.00 | 3,684.59 |
|     Acct: 1312 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: K143 | | | | |
|   WILKINSBURG BOROUGH (RE) | 550.37 | 43.59 | 165.42 | 209.01 |
|     Acct: P135 | | | | |
|   INTERNAL REVENUE SERVICE* | 43,222.63 | 5,300.13 | 3,748.48 | 9,048.61 |
|     Acct: 4585 | | | | |
|   PA DEPARTMENT OF REVENUE* | 15,427.21 | 1,891.75 | 1,337.97 | 3,229.72 |
|     Acct: 4585 | | | | |
|   TURTLE CREEK BORO - R/E TAX | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Secured | | | | | |
| | WOODLAND HILLS SD (TURTLECREEK)(R | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: K143 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7180 | | | | |
| | WILKINSBURG BOROUGH (TRASH) | 1,031.01 | 101.87 | 185.06 | 286.93 |
| | Acct: P135 | | | | |
| | BRIDGECREST CREDIT COMPANY LLC | 8,972.07 | 8,972.07 | 1,911.62 | 10,883.69 |
| | Acct: 6202 | | | | |
| | | | | | 74,468.28 |
| Priority | | | | | |
| | MARY BOWER SHEATS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN L. MOHRING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN L. MOHRING | 1,962.00 | 1,962.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN L. MOHRING | 1,962.00 | 1,962.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN L. MOHRING | 1,962.00 | 1,962.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GARY W SHORT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GARY W SHORT ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GARY W SHORT ESQ | 7,000.00 | 6,000.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX5-21 | | | | |
| | INTERNAL REVENUE SERVICE* | 33,783.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 4585 | | | | |
| | PA DEPARTMENT OF REVENUE* | 7,187.85 | 0.00 | 0.00 | 0.00 |
| | Acct: 4585 | | | | |
| | AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8285 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 5,332.47 | 0.00 | 5,332.47 |
| | Acct: 4115 | | | | |
| | WILKINSBURG SD & WILKINSBURG BORO | 501.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 4585 | | | | |
| | WILKINSBURG BOROUGH (EIT) | 501.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 4585 | | | | |
| | WILKINSBURG SD & WILKINSBURG BORO | 268.64 | 0.00 | 0.00 | 0.00 |
| | Acct: 4585 | | | | |
| | WILKINSBURG BOROUGH (EIT) | 268.64 | 0.00 | 0.00 | 0.00 |
| | Acct: 4585 | | | | |
| | | | | | 5,332.47 |
| Unsecured | | | | | |
| | AES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8285 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 161.06 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 917.10 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4947 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 4,280.99 | 0.00 | 0.00 | 0.00 |
| | Acct: 7180 | | | | |
| | CAVALRY SPV I LLC* | 0.00 | 0.00 | 0.00 | 0.00 |

| 21-20803 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 5 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4951 CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9437 CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6109 CMS CARDWORKS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8360 CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0468 CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3986 MIDLAND FUNDING LLC | 5,690.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 6761 DUQUESNE LIGHT COMPANY(*) | 581.42 | 0.00 | 0.00 | 0.00 |
| | Acct: 6714 MIDLAND FUNDING LLC | 3,900.55 | 0.00 | 0.00 | 0.00 |
| | Acct: 5571 INTERNAL REVENUE SERVICE* | 6,783.06 | 0.00 | 0.00 | 0.00 |
| | Acct: 4585 KEYSTONE MUNIC COLLECTIONS** NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0668 MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3124 PA DEPARTMENT OF REVENUE* | 1,192.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 4585 PEOPLES NATURAL GAS CO LLC* | 3,701.13 | 0.00 | 0.00 | 0.00 |
| | Acct: 2570 PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8269 PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9803 PORTFOLIO RECOVERY ASSOCIATES LL( | 1,798.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 6109 STELLAR RECEIVABLES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1458 SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5571 SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2679 SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1098 SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3293 BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: MAIELLO BRUNGO & MAEILLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: TURTLE CREEK VALLEY COUNCIL OF GO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: UPMC PHYSICIAN SERVICES | 1,116.37 | 0.00 | 0.00 | 0.00 |
| | Acct: 8603 UPMC HEALTH SERVICES | 2,491.97 | 0.00 | 0.00 | 0.00 |
| | Acct: 8603 | | | | |

| 21-20803 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 4 of 5 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 8030 | | | | |
|    US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 1060 | | | | |
|    US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 0050 | | | | |
|    US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 9040 | | | | |
|    US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 6010 | | | | |
|    US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 7020 | | | | |
|    US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 2070 | | | | |
|    VISA | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 5102 | | | | |
|    VISA | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 5791 | | | | |
|    WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 2250 | | | | |
|    WILKINSBURG BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    WILKINSBURG-PENN JT WATER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    TAX AUTH OR TYPE TAX UNKNOWN | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    UPMC PHYSICIAN SERVICES | 389.41 | 0.00 | 0.00 | 0.00 |
|      Acct: 4585 | | | | |
|    UPMC HEALTH SERVICES | 992.89 | 0.00 | 0.00 | 0.00 |
|      Acct: 4585 | | | | |
|    WILKINSBURG SD & WILKINSBURG BORO | 300.18 | 0.00 | 0.00 | 0.00 |
|      Acct: 4585 | | | | |
|    WILKINSBURG BOROUGH (EIT) | 300.19 | 0.00 | 0.00 | 0.00 |
|      Acct: 4585 | | | | |
|    LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | | | 79,800.75 |
|---|---|---|---|---|

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 42,511.63 |
| SECURED | 94,194.29 |
| UNSECURED | 34.596.97 |

Date: 08/07/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com